UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-0030 |
| | ) | JUDGE CAMPBELL |
| EVAN L. DICKEY | ) | |

ORDER

Pending before the Court is the Government's Motion to Substitute Counsel for Sentencing Hearing (Docket No. 39). The Motion is GRANTED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE