UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00030 |
| | ) | JUDGE CAMPBELL |
| EVAN L. DICKEY | ) | |

## ORDER

The sentencing hearing currently scheduled for August 3, 2012, is RESCHEDULED for August 14, 2012, at 9:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE